UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

James Denny
Plaintiff

vs.

Texas County Sheriffs dept
Defendant
James Sigman

Case No. 18-3318-CV-S-SRB-P

## APPLICATION FOR LEAVE TO FILE ACTION
## WITHOUT PAYMENT OF FEES
## WITH AFFIDAVIT OF FINANCIAL STATUS IN SUPPORT

I state that I am unable to pay the fees to file an action against the defendant(s) in this case and that the actions of the defendant(s) have harmed me.

Attached is my Affidavit of Financial Status in support of my application to the court for leave to file a civil action without payment of costs.

_[signature]_
Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

James E Denny )
Plaintiff or Petitioner )
)
)
v. ) Case No. _____
)
Texas Co Sheriffs dept )
Defendant(s) or Respondent(s) )
James Sigman - Sheriff

**AFFIDAVIT IN SUPPORT OF REQUEST TO
PROCEED IN FORMA PAUPERIS -- PRISONER CASES**

I, James E Denny
declare (1) that I am the Plaintiff in this case; (2) that in support of my motion to proceed without being required to **prepay** fees or costs, I state that because of my poverty, I am unable to pay the costs of this proceeding; and (3) that I believe I am entitled to relief. The filing fee for habeas corpus cases is $5.00. The filing fee for all other civil cases is $400.00. (Note: Prisoners must pay the full filing fee of $400.00 in non-habeas cases even if they are granted leave to proceed in forma pauperis and even if this case is dismissed at a later time by the Court. See 28 U.S.C. § 1915(e)(2) and In re Tyler, 110 F.3d 528, 529-30(8th Cir.1997)(under Prison Litigation Reform Act, prisoners are responsible for filing fees the moment a civil action is filed.) See instructions provided with this packet.

1. Place of confinement of plaintiff: FRDC - fulton mo

2. Crime(s) for which you have been convicted, date and sentence on each:
   Possession of a Controlled Substance 5-2017
   Possession of a Controlled Substance 5-2014

3. Are you presently employed?   Yes ____   No _X_
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.
   Buckinghams bbq 11-2017 $800.00 per month

1

4.  Have you received, within the past twelve (12) months, money from any of the following sources?

    |  | Yes | No |
    |---|---|---|
    | Business, profession of form of self-employment? |  | ✓ |
    | Rent payments, interest or dividends? |  | ✓ |
    | Pensions, annuities or life insurance payments? |  | ✓ |
    | Gifts or inheritances? |  | ✓ |
    | Any other sources? |  | ✓ |

    If the answer to any of the above is "yes," describe the source and amount of money received from each during the past twelve (12) months.

    _____

5.  Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts during the last six (6) months.) Yes ✓ No ___

    If the answer is "yes," state the total amount of cash owned, and the average monthly balance in all checking, savings or prison accounts during the last six (6) months.

    $6.00 Prison acct

6.  Do you own real estate, stocks, bonds, notes, automobiles, jewelry or other valuable property (excluding ordinary household furnishings and clothing)?   Yes ___ No ✓

    If the answer is "yes," describe the property and state its approximate value.

7.  List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

    none currently I'm in custody and not employed.

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed (signed) this \_\_\_14th\_\_\_ day of \_\_\_Sept\_\_\_ 20\_18\_.

_____
Signature(s) of Plaintiff(s)

3

James Denny - 1256606
FRDC Hu 5A 101-1
State Highway O
Fulton MO 65251

- Legal mail -

Clerks office
United States District Court
1400 US Courthouse
222 John Q Hammons Pkwy
Springfield MO 65806

This correspondence is from an inmate in the custody of the Missouri Department of Corrections. The Department is not responsible for the content of this correspondence. For information about the Department or to verify information about the offender, please visit our website at www.doc.mo.gov

RECD SEP 21 2018